# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tigar, Jon S. | U.S. District Court for the Northern District of California | 06/11/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | [✓] Nomination    Date 06/11/2012<br>[ ] Initial    [ ] Annual    [ ] Final<br>5b. [ ] Amended Report | 04/01/2011<br>to<br>05/31/2012 |

**7. Chambers or Office Address**

Alameda County Superior Court
1221 Oak Street, Dept. 15
Oakland, CA 94612

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Volunteer Legal Services Corporation of Alameda County |
| 2. Trustee | Trust #1 |
| 3. Trustee | Trust #2 |
| 4. Trustee | Trust #3 |
| 5. Trustee | Trust #4 |
| 6. Trustee | Trust #5 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

# FINANCIAL DISCLOSURE REPORT
Page 2 of 9

Name of Person Reporting

Tigar, Jon S.

Date of Report

06/11/2012

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | State of California (Alameda County Superior Court) - salary | $63,836.28 |
| 2. | 2012 | County of Alameda (Alameda County Superior Court) - salary | $3,607.50 |
| 3. | 2012 | Royalties -- Matthew Bender | $1,730.33 |
| 4. | 2011 | State of California (Alameda County Superior Court) - salary | $152,187.00 |
| 5. | 2011 | County of Alameda (Alameda County Superior Court) - salary | $8,658.00 |
| 6. | 2011 | University of California - salary | $5,161.00 |
| 7. | 2011 | Royalties -- Matthew Bender | $3,257.00 |
| 8. | 2010 | State of California (Alameda County Superior Court) - salary | $152,612.00 |
| 9. | 2010 | County of Alameda (Alameda County Superior Court) - salary | $8,023.00 |
| 10. | 2010 | Royalties -- Matthew Bender | $3,110.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | The Durfee Foundation - salary |
| 2. | 2011 | The Durfee Foundation - salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |

2.

3.

4.

5.

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[ ] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# FINANCIAL DISCLOSURE REPORT
Page 5 of 9

Name of Person Reporting

Tigar, Jon S.

Date of Report

06 11 2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Avery Dennison Common Stock | D | Dividend | N | T | | | | | |
| 2. | Driehaus Emerging Markets Growth Fund | B | Dividend | K | T | | | | | |
| 3. | Fidelity International Discovery Fund | A | Dividend | K | T | | | | | |
| 4. | PRIMECAP Odyssey Aggressive Growth Fund | A | Dividend | K | T | | | | | |
| 5. | RidgeWorth Intermediate Bond Fund | C | Dividend | K | T | | | | | |
| 6. | Schwab 1000 Index Fund | E | Dividend | O | T | | | | | |
| 7. | TIAA-CREF Traditional Annuity | | None | K | T | | | | | |
| 8. | Vanguard Dividend Appreciation Index Fund | B | Dividend | L | T | | | | | |
| 9. | Vanguard Mid-Cap Index Fund | A | Dividend | K | T | | | | | |
| 10. | Vanguard Prime Money Market Fund | A | Dividend | M | C | | | | | |
| 11. | Vanguard Small-Cap Growth Index Fund | A | Dividend | L | T | | | | | |
| 12. | Wasatch Small Cap Growth Index Fund | C | Dividend | L | T | | | | | |
| 13. | Schwab Money Market Accounts -- Cash | A | Interest | M | T | | | | | |
| 14. | Bank of America Accounts | A | Int./Div. | J | T | | | | | |
| 15. | Trust #1 | E | Int./Div. | P1 | T | | | | | |
| 16. | -- Eaton Vance Tax-Managed Emerging Markets Fund | | | | | | | | | |
| 17. | -- Fidelity International Discovery Fund | | | | | | | | | |

1 Income Gain Codes:       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000   G =$100,001 - $1,000,000
2 Value Codes              J =$15,000 or less      K =$15,001 - $50,000     L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                     P4 =More than $50,000,000
3 Value Method Codes       Q =Appraisal            R =Cost (Real Estate Only)    S =Assessment       T =Cash Market
(See Column C2)            U =Book Value           V =Other                       W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -- Nuveen Real Estate Securities Fund Class A | | | | | | | | | |
| 19. -- Oakmark Global Fund | | | | | | | | | |
| 20. -- PIMCO Total Return Fund III | | | | | | | | | |
| 21. -- PRIMECAP Odyssey Aggressive Growth Fund | | | | | | | | | |
| 22. -- RidgeWorth Intermediate Bond Fund | | | | | | | | | |
| 23. -- RS Partners A Fund | | | | | | | | | |
| 24. -- Vanguard Dividend Appreciation Index Fund | | | | | | | | | |
| 25. -- Vanguard Mid-Cap Index Fund | | | | | | | | | |
| 26. -- Vanguard Prime Money Market Fund | | | | | | | | | |
| 27. -- Vanguard Small-Cap Growth Index Fund | | | | | | | | | |
| 28. Trust #2 | D | Int./Div | M | T | | | | | |
| 29. -- Avery Dennison Common Stock | | | | | | | | | |
| 30. -- Driehaus Emerging Markets Growth Fund | | | | | | | | | |
| 31. -- Fidelity International Discovery Fund | | | | | | | | | |
| 32. -- PRIMECAP Odyssey Aggressive Growth Fund | | | | | | | | | |
| 33. -- RidgeWorth Intermediate Bond Fund | | | | | | | | | |
| 34. -- Vanguard Dividend Appreciation Index Fund | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4) A -$1,000 or less; B -$1,001 - $2,500; C -$2,501 - $5,000; D -$5,001 - $15,000; E -$15,001 - $50,000; F -$50,001 - $100,000; G -$100,001 - $1,000,000; H1 -$1,000,001 - $5,000,000; H2 - More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J -$15,000 or less; K -$15,001 - $50,000; L -$50,001 - $100,000; M -$100,001 - $250,000; N -$250,001 - $500,000; O -$500,001 - $1,000,000; P1 -$1,000,001 - $5,000,000; P2 -$5,000,001 - $25,000,000; P3 -$25,000,001 - $50,000,000; P4 - More than $50,000,000

3. Value Method Codes: (See Column C2) Q -Appraisal; R -Cost (Real Estate Only); S -Assessment; T -Cash Market; U -Book Value; V -Other; W -Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tigar, Jon S. | 06.11.2012 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Trust #3 | D | Int./Div. | M | T | | | | | |
| 36. | -- Century Small Cap Select Fund | | | | | | | | | |
| 37. | -- Fidelity International Discovery Fund | | | | | | | | | |
| 38. | -- PRIMECAP Odyssey Aggressive Growth Fund | | | | | | | | | |
| 39. | -- RidgeWorth Intermediate Bond Fund | | | | | | | | | |
| 40. | Trust #4 | C | Int./Div. | L | T | | | | | |
| 41. | -- Avery Dennison Common Stock | | | | | | | | | |
| 42. | -- RidgeWorth Intermediate Bond Fund | | | | | | | | | |
| 43. | -- Vanguard Dividend Appreciation Index Fund | | | | | | | | | |
| 44. | Trust #5 | C | Int./Div. | M | T | | | | | |
| 45. | -- Century Small Cap Select Fund | | | | | | | | | |
| 46. | -- Driehaus Emerging Markets Growth Fund | | | | | | | | | |
| 47. | -- Fidelity International Discovery Fund | | | | | | | | | |
| 48. | -- PRIMECAP Odyssey Aggressive Growth Fund | | | | | | | | | |
| 49. | -- RidgeWorth Intermediate Bond Fund | | | | | | | | | |
| 50. | -- Vanguard Dividend Appreciation Index Fund | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001 - $2,500
C = $2,501 - $5,000
D = $5,001 - $15,000
E = $15,001 - $50,000

F = $50,001 - $100,000
G = $100,001 - $1,000,000
H1 = $1,000,001 - $5,000,000
H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001 - $50,000
L = $50,001 - $100,000
M = $100,001 - $250,000
N = $250,001 - $500,000
O = $500,001 - $1,000,000
P1 = $1,000,001 - $5,000,000
P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000
P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash Market
U = Book Value
V = Other
W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jon S. Tigar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 371 | 290 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 3 | 429 | 629 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable | | | |
| Real estate owned – personal residence | 1 | 000 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 100 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | | 0 |
| | | | | Net Worth | 4 | 900 | 919 |
| Total Assets | 4 | 900 | 919 | Total liabilities and net worth | 4 | 900 | 919 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |